**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

LEVI JAMES JACKSON,
            *Petitioner-Appellant,*

v.

CHARLES L. RYAN,
            *Respondent-Appellee.*

No. 10-15067

D.C. No.
4:01-cv-00545-RCC
District of Arizona,
Tucson

ORDER

Filed September 27, 2011

Before: Betty B. Fletcher and Sidney R. Thomas,
Circuit Judges.

---

**ORDER**

The opinion filed on September 1, 2011 is hereby WITHDRAWN. The panel will issue a new opinion in due course. No petitions for rehearing or rehearing en banc will be entertained as to the withdrawn opinion. The parties will be afforded a renewed opportunity to file petitions for rehearing or rehearing en banc after the issuance of a new opinion.